PENALTY SLIP

**DEFENDANT NAME: TIMOTHY SHELLY**

TOTAL NO. COUNTS:     **4**


VIO: **18 U.S.C. § 2422(b)**
**Coercion of a Minor (Count 1)**

PENALTY: **CAG not less than 10 years up to life;**
**and/or $250,000 fine;**
**not less than 5 yrs or more than life (18 USC 3583(k));**
**a $100 special penalty assessment**


VIO: **18 U.S.C. § 2251(a)**
**Production of Child Pornography (Count 2)**

PENALTY: **CAG not less than 15 years nor more than 30 years;**
**and/or $250,000 fine;**
**not less than 5 yrs or more than life (18 USC 3583(k));**
**a $100 special penalty assessment**


VIO: **18 U.S.C. § 2423(b)**
**Travel with Intent to Have Sex with a Minor (Count 3)**

PENALTY: **CAG not more than 30 years;**
**and/or $250,000 fine;**
**not less than 5 yrs or more than life (18 USC 3583(k));**
**a $100 special penalty assessment**

VIO: **18 U.S.C. § 2253(o)**
**Forfeiture (Count 4)**

PENALTY: **Forfeiture of Computer Equipment**


CASE
NO. **CR-09-0089-RHW**

AUSA
INITIAL