FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

AUG 04 2009

JAMES R LARSEN, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No.  CR-09-0089-RHW |
| vs. ) | |
| ) | |
| TIMOTHY A. SHELLY, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

Received Rule 5 papers from the United States District Court, Eastern District of Michigan (Detroit).

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

       Plaintiff(s),

v.           Case No. 2:09-mj-30326-JU

Timothy Shelly,

       Defendant(s).

_____

**NOTICE OF TRANSFER PURSUANT TO RULE 5(c)(3)(E)
OF THE FEDERAL RULES OF CRIMINAL PROCEDURE**

TO: U.S. DISTRICT COURT FOR THE EASTERN DISTRICT OF WASHINGTON

 Enclosed are certified copies of the Order returning this case to your Court pursuant to Fed. R. Crim P. 5(c)(3)(E) and the docket sheet. The case record is electronic and can be viewed at our Court's Intranet website via the J-Net.

 Please acknowledge receipt of this record by returning a time-stamped copy of this notice to:

  Clerk's Office
  U.S. District Court for the Eastern District of Michigan
  231 W. Lafayette Blvd., 5th Floor
  Detroit, MI
  48226
  (313) 234-5005

### Certification

 I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

        DAVID J. WEAVER, CLERK OF COURT

       By: s/ D. Worth
         Deputy Clerk

Dated: July 30, 2009

RECEIVED
AUG 04 2009
CLERK, U.S. DISTRICT COURT
YAKIMA, WA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

F I L E D
JUL 27 2009
CLERK'S OFFICE
DETROIT

UNITED STATES OF AMERICA,

Plaintiff

v.

Case No. 09-30326
Originating No. 09-0089

TIMOTHY SHELLY,

Defendant.

F I L E D
JUL 27 2009
CLERK'S OFFICE
DETROIT

### ORDER TRANSFERRING DEFENDANT TO ANSWER TO CHARGES PENDING IN ANOTHER DISTRICT AND COMMITMENT TO THAT DISTRICT

This matter coming before the Court on the Government's Petition for Removal, for the reasons stated on the record and pursuant to Rule 5(c)(3)(D) of the Federal Rules of Criminal Procedure, it is hereby ordered that **Timothy Shelly** be held to answer to the charges pending against him in the **United States District Court for the Eastern District of Washington in the case of United States v Timothy Shelly, Docket No.**

Defendant has been ordered detained pursuant to the Bail Reform Act of 1984 (18 U.S.C. Section 3141 et seq.) Accordingly, it is also ordered that the United States Marshals Service take custody of defendant and transport him, together with a certified

I hereby certify that the foregoing is
a true copy of the original on file in this
Office.

CLERK, U.S. DISTRICT COURT,
EASTERN DISTRICT OF MICHIGAN
By _____
       Deputy Clerk
Dated 7-30-09

copy of this order and commitment, to the **United States District Court for the Eastern District of Washington,** and deliver defendant to the United States Marshals for that district or to some other officer authorized to receive defendant.

_____
United States Magistrate Judge

Entered: __7/27/09_____

## RETURN

This commitment was received and executed as follows:

_____
Date Commitment Order Received    Place of Commitment    Date Defendant Committed


_____
Date                United States Marshal    (By) Deputy U.S. Marshal