UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>TIMOTHY A. SHELLY,<br><br>    Defendant. | No. CR-09-089-RHW<br><br>ORDER FOLLOWING<br><br>☑ INITIAL APPEARANCE<br>☑ ARRAIGNMENT<br><br>☐ MOTION GRANTED<br>   (Ct. Rec. _____)<br><br>☐ ACTION REQUIRED |

Date of hearing: August 20, 2009

☑ Indictment

Defendant was advised of, and acknowledged, Defendant's rights.

☑ Defendant, on Defendant's plea(s) of not-guilty, is bound over to the United States District Court for trial.

☐ Defendant, personally and through counsel, waived Defendant's right to a probable cause hearing.

☑ Bail hearing set: _Tues. Aug. 25, 2009_    _2:00 p.m._
                 (Date)                      (Time)

☑ Judge Imbrogno      ☐ Judge Hutton

☐ Spokane Video Conference (Parties in Spokane)
    **Judge Imbrogno calendar (Judge Hutton presiding)**

☐ Yakima Video Conference (Parties in Yakima)
    **Judge Hutton calendar (Judge Imbrogno presiding)**

☐ Pending the hearing, Defendant shall be detained in the custody of the United States Marshal and produced for the hearing or until further order of the court.

ORDER - 1

☐ The U.S. Probation Office personnel shall prepare a Pretrial Services Report prior to the bail hearing, and shall notify defense counsel prior to interviewing Defendant.

☐ Defendant, personally and through counsel, waived the right to a bail hearing.

Defendant shall be held in detention pending disposition of this case or until further order of the court. Defendant may petition the court to reopen the detention issue by written motion to amend and request for hearing, served upon the United States Attorney. Defendant is committed to the custody of the U.S. Marshal for confinement separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. Defendant shall be afforded reasonable opportunity for private consultation with counsel.

☐ Defendant is detained for failing to show:

☐ Defendant will not flee if released
☐ Defendant does not pose a danger to the community
☐ Defendant is supervisable if released

FED. R. CRIM. P. 32.1(a)(1); Fed. R. Crim. P. 46c.

☐ The United States did not seek detention.

☐ A separate Order will issue setting forth conditions of release.

☐ The United States represents this matter appropriately may proceed in an expedited manner. Accordingly, within thirty (30) days of the date of this Order, the United States Probation Office is directed to prepare an expedited presentence investigation report. Any information about Defendant, including family and community ties, which defense counsel, after consultation with Defendant, deems important to be included in the presentence investigation report, shall be provided to the U.S. Probation Office within fourteen (14) days of this Order.

Within one week of the date of this Order, Defendant is directed to file a waiver of the FED. R. CRIM. P. 32(e)(f)(g) provisions as to the presentence investigation report.

☐ The United States has advised this matter is not eligible for expedited consideration.

ORDER - 2

☐ The United States was unable to advise whether this matter is expedited-track eligible. The United States is directed to notify the trial judge and Defendant, by filed Notice within 7 days, as to whether this matter is eligible for expedited consideration, in which case the United States Probation Office will be directed to prepare an expedited case investigation.

☐ The U.S. Probation Office personnel shall prepare a Pretrial Services Report, limited to criminal history, and without interviewing Defendant.

☐ Directive(s) to U.S. Marshal: _____

☒ Other: _No pretrial report needed as one was prepared in Michigan._

DATED: August 20, 2009.

_____
CYNTHIA IMBROGNO
UNITED STATES MAGISTRATE JUDGE

ORDER - 3