Roger J. Peven and
Amy H. Rubin
FEDERAL DEFENDERS OF EASTERN WASHINGTON AND IDAHO
10 North Post, Suite 700
Spokane, Washington 99201
(509) 624-7606

Attorneys for Defendant
TIMOTHY SHELLY

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
(HONORABLE CYNTHIA IMBROGNO)

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) CR-09-089-RHW |
| vs. | ) MEMORANDUM IN SUPPORT OF |
| | ) MOTION TO RECONSIDER ISSUE |
| | ) OF PRETRIAL DETENTION |
| TIMOTHY SHELLY, | ) |
| Defendant. | ) |

TO: JAMES McDEVITT, UNITED STATES ATTORNEY
    STEPHANIE LISTER, ASSISTANT UNITED STATES ATTORNEY

TIMOTHY SHELLY, through counsel, Roger J. Peven and Amy H. Rubin for the Federal Defenders of Eastern Washington and Idaho, respectfully moves the Court to reconsider the issue of pretrial detention ordered by this Court on August 25, 2009.

**I.  BACKGROUND**

On June 23, 2009, Mr. Shelly was charged in four count Indictment. The Indictment alleges conduct that occurred on or about January 2005 and continuing through on or about September 4, 2005.

Mr. Shelly appeared before this Court on August 25, 2009.

MEMORANDUM IN SUPPORT OF
MOTION FOR RECONSIDERATION

1

At the August 25, 2009 Detention Hearing, the Court granted the United States's Motion for Detention and asked Pretrial Services to prepare a Supplemental Report as to the residence plans that were proffered by defense counsel.

A Supplemental Report was prepared by Officer Kennicutt and Mr. Shelly respectfully moves the Court to allow him to return to Court to address the issues that were raised in the Supplemental Report.

Ms. Lister objects to Mr. Shelly's release, however, will argue her position before this Court on Friday, September 18, 2009 at 3:00 p.m.

Dated:     September 14, 2009

                                Respectfully Submitted,


                                s/ Amy H. Rubin
                                GA 618349
                                Attorneys for Shelly
                                Federal Defenders of
                                Eastern Washington and Idaho
                                10 North Post, Suite 700
                                Spokane, Washington 99201
                                Telephone: (509) 624-7606
                                Fax: (509) 747-3539
                                Amy_Rubin@fd.org

MEMORANDUM IN SUPPORT OF
MOTION FOR RECONSIDERATION

2

CERTIFICATE OF SERVICE

I hereby certify that on September 14, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: STEPHANIE LISTER, Assistant United States Attorney.

s/ Amy H. Rubin
GA 618349
Attorneys for Shelly
Federal Defenders of
Eastern Washington and Idaho
10 North Post, Suite 700
Spokane, Washington 99201
Telephone: (509) 624-7606
Fax: (509) 747-3539
Email: Amy_Rubin@fd.org