```
                    UNITED STATES DISTRICT COURT
                   EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,      )
                               )   No. CR-09-089-RHW
             Plaintiff,        )
                               )   ORDER DENYING DEFENDANT'S
v.                             )   MOTION TO RECONSIDER
                               )   PRETRIAL DETENTION
TIMOTHY SHELLY,                )
                               )   ☑   MOTION DENIED
             Defendant.        )       (Ct. Rec. 26)
                               )
```

At the September 18, 2009, hearing on Defendant's Motion to reconsider pretrial detention, Defendant appeared with Assistant Federal Defender Amy Rubin. Assistant U.S. Attorney Stephanie Lister represented the United States. The matter was taken under advisement.

Defendant's proffered residence plan is to reside with his sister, where minor children also reside. Defendant's sister represents that she will not leave her children alone with Defendant while he resides with her, and that she would have her sister, niece or neighbors available for childcare when she has to run errands. The undersigned is unable to conclude the residence plan has sufficient structure. The Motion is **DENIED** without prejudice.

DATED September 21, 2009.

                            S/ CYNTHIA IMBROGNO
                         UNITED STATES MAGISTRATE JUDGE

ORDER DENYING DEFENDANT'S MOTION TO
RECONSIDER PRETRIAL DETENTION - 1