James A. McDevitt
United States Attorney
Eastern District of Washington
Stephanie J. Lister
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | 09-CR-0089-RHW |
| vs. ) | Notice |
| TIMOTHY A. SHELLY, ) | |
| Defendant. ) | |

Plaintiff, United States of America, by and through James A. McDevitt, United States Attorney for the Eastern District of Washington, and Stephanie J. Lister, Assistant United States Attorney for the Eastern District of Washington, provides the following notice.

The United States has contacted the victim in the above entitled case and has been advised that she has no objection to a continuance of the trial until February 22, 2010.

DATED October 7, 2009.

James A. McDevitt
United States Attorney

s/Stephanie J. Lister

Stephanie J. Lister
Assistant United States Attorney

I hereby certify that on October 7, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following, and/or I hereby certify that I have

Notice - 1
P91007jm.SLB.wpd

1 mailed by United States Postal Service the document to the following non-
2 CM/ECF participant(s):

   Amy H. Rubin
   Federal Defenders
   10 North Post
   Suite 700
   Spokane, WA 99201

   s/Stephanie J. Lister

   Stephanie J. Lister
   Assistant United States Attorney

Notice - 2
P91007jm.SLB.wpd