1  James A. McDevitt
   United States Attorney
2  Eastern District of Washington
   Stephanie J. Lister
3  Assistant United States Attorney
   Post Office Box 1494
4  Spokane, WA 99210-1494
   Telephone: (509) 353-2767
5

6              UNITED STATES DISTRICT COURT
             EASTERN DISTRICT OF WASHINGTON
7

8  UNITED STATES OF AMERICA,        )
                                    )    CR-09-0089-RHW
9             Plaintiff,            )
                                    )    Notice of Review of
10      v.                          )    Presentence Investigation
                                    )    Report
11 TIMOTHY SHELLY,                  )
                                    )
12            Defendant.            )

13

14      Plaintiff United States of America, by and through James A. McDevitt,

15 United States Attorney for the Eastern District of Washington, and Stephanie J.

16 Lister, Assistant United States Attorney for the Eastern District of Washington,

17 submits the following Notice of Review of the Presentence Investigation Report

18 (hereinafter PSR) prepared by United States Probation Officer, Gloria M. Petretee,

19 dated May 26, 2010.

20                          **INTRODUCTION**

21      Pursuant to a Fed. R. Crim.P. 11(c)(1)(C) Plea Agreement, the Defendant,

22 Timothy Shelly, plead guilty to Count One and Count Three of the Indictment in

23 CR-09-0089-RHW. Count One charged him with Coercion of a Minor, in

24 violation of 18 U.S.C. § 2422(b). Count Three charged him with Travel with

25 Intent to Have Sex with a Minor, in violation of 18 U.S.C. § 2423(b). Sentencing

26 has been continued until September 23, 2010.

27

28

Notice of Review of Presentence Investigation Report - 1
P00607jm.sls.wpd

The United States has reviewed the Presentence Investigation Report and has determined, based upon information that is presently available, that the Presentence Report is factually complete and accurate.

**A.      The Sentencing Guideline Calculations and Statutory Provisions.**

The U.S. Probation Office has determined Defendant's base offense level, for coercion of a minor and travel with intent to have sex with a minor, pursuant to the United States Sentencing Guidelines (U.S.S.G.) § 2G1.3(a)(4), to be 24. PSR ¶ 33. The U.S. Probation Office has determined that the facts of the case warrant a number of specific characteristic reductions and/or enhancements:

- The offense involved the knowing misrepresentation of a participant's identity to entice a minor to engage in prohibited sexual conduct. U.S.S.G. § 2G1.3(b)(2). PSR ¶ 34;                                                          (+2);
- A computer was used to entice a minor to engage in prohibited sexual conduct. U.S.S.G. § 2G1.3(b)(3). PSR ¶ 35; and                                                          (+2);
- The offense involved commission of a sex act. U.S.S.G. § 2G1.3(b)(4)(A). PSR ¶ 36;                                                          (+2).

The Government concurs with the calculations included in the PSR that Defendant's adjusted offense level is 30. PSR ¶ 40.

The United States also concurs with the PSR that a downward adjustment for acceptance of responsibility is appropriate. Thus, with a reduction for acceptance of responsibility, Defendant's total offense level is 27. PSR ¶ 45.

Defendant does not have any criminal history points, establishing a criminal history category of I. PSR ¶ 50. Based on a *total offense level of 27 and a criminal history category of I, defendant's advisory U.S.S.G. range is 70-87 months in prison.* PSR ¶ 100. Pursuant to the Plea Agreement the parties have agreed that "[t]here are aggravating factors with respect to the correct calculation

Notice of Review of Presentence  Investigation Report - 2
P00607jm.sls.wpd

of the Sentencing Guidelines.  The Government and Defendant agree that both the Government and Defendant, TIMOTHY A. SHELLY, will seek an upward departure of 5 levels from the applicable Guidelines, resulting in an *adjusted offense level of 32 and a sentencing guideline range of 121-151 months*."  (Plea Agreement pg.9, ¶ 8-Departures, italics added).

Furthermore, the parties agreed in the Plea Agreement "[p]ursuant to Fed. R. Crim. P. 11(c)(1)(C), the Defendant, TIMOTHY A. SHELLY, and the United States agree that the Defendant be sentenced to a term of imprisonment of 12 years."  (Plea Agreement pg.9, ¶ 9 Incarceration) and  PSR ¶ 98.  In exchange for the Defendant's agreement to a sentence of 12 years, the United States has agreed in the Plea Agreement to move at sentencing to dismiss Count 2 of the Indictment, which charges the Defendant with Production of Child Pornography, in violation of 18 U.S.C. § 2251(a).  (Plea Agreement pg.7, ¶ 6-Dismiss).  A guilty plea or conviction for Production of Child Pornography statutorily requires a mandatory minimum sentence of not less than 15 years.  The sentencing guideline range for Production of Child Pornography, with a total adjusted offense level of 33 and a criminal history of I, is 135-168 months (according to U.S.S.G. § 2G2.2 the base offense for production is 32, +2 because the minor was under sixteen, +2 for solicitation, -3 for acceptance of responsibility).  Thus, an agreed sentence of 12 years and dismissal of the charge of  Production of Child Pornography which requires a mandatory minimum 15 year sentence, is a favorable sentencing plea agreement to the Defendant.

As to supervised release, a period of not less than five (5) years nor more than a life term of supervised release is required for both charges, pursuant to 18 U.S.C. § 3583(b).  Terms of supervised release run concurrently.  PSR ¶ 88. The parties have not agreed to a term of supervised release and this will need to be resolved by the Court at sentencing.  (Plea Agreement, pg. 10  ¶ 11).

1 **B.      Fines, Special Penalty Assessment, Restitution and Forfeiture.**

2          The United States will not present any information on the Defendant's

3 ability to pay a fine.

4          A total special penalty assessment of $200 is required.  PSR ¶ 95-96.

5          Restitution is not an issue.  At the time of the Plea Agreement the victim in

6 this case indicated she does not seek restitution.  (Plea Agreement, pg. 11  ¶ 12).

7          Pursuant to the Plea Agreement, the Defendant has agreed to forfeiture of

8 the Computer hard drive, serial number WMA9P1666869 used to commit the

9 charged offenses.  (Plea Agreement, pg. 12  ¶ 15) and PSR ¶ 99.

10          DATED June 8, 2010.

11

12                                        James A. McDevitt
                                          United States Attorney
13
                                          s/Stephanie J.  Lister
14
                                          Stephanie J.  Lister
15                                        Assistant United States Attorney

16

17

18

19

20

21

22

23

24

25

26

27

28

Notice of Review of Presentence  Investigation Report - 4

1    I hereby certify that on June 8, 2010, I electronically filed the foregoing

2  with the Clerk of the Court using the CM/ECF System which will send

3  notification of such filing to the following, and/or I hereby certify that I have

4  mailed by United States Postal Service the document to the following non-

5  CM/ECF participant(s):

6              Amy Rubin
             Federal Defenders of Eastern WA/ID
7              10 North Post Street, Suite 700
             Spokane, WA  99201
8
             Gloria M. Petretee
9              United States Probation Officer
             U.S. Probation
10             920 West Riverside, Room 540
             Spokane, WA 99201
11

12                                        s/Stephanie J.  Lister

13                                        Stephanie J.  Lister
                                         Assistant United States Attorney
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Notice of Review of Presentence  Investigation Report - 5
P00607jm.sls.wpd