UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>TIMOTHY A. SHELLY,<br><br>　　　　　Defendant. | NO. 09-CR-0089-RHW<br><br>**Order Granting Motion for Order Declaring the Preliminary Order of Forfeiture Final** |

WHEREAS, on August 2, 2010, the Court entered the Preliminary Order of Forfeiture in accordance with 18 U.S.C. § 2253 and Fed.R.Crim.P. 32.2, forfeiting the following assets to the United States, subject to the provisions of 18 U.S.C. § 2253:

　　　-a Computer Hard Drive, Serial Number WMA9P1666869

WHEREAS, the property is in the custody of the United States, and pursuant to 21 U.S.C. § 853(n)(1), as incorporated by 18 U.S.C. § 2253, and Fed.R.Crim.P. 32.2(b)(6), the United States published notice of the preliminary order.

WHEREAS, the time for filing petitions for said assets, as provided in Fed.R.Crim.P. 32.2(c), Rule G(5) and 21 U.S.C. § 853(n), as incorporated by 18 U.S.C. § 2253, has expired, and no petitions or claims for said assets were filed.

**Order Granting Motion for Order Declaring the Preliminary Order of Forfeiture Final ~ 1**

Accordingly, **IT IS HEREBY ORDERED**:

1. The United States' Motion for Order Declaring the Preliminary Order of Forfeiture Final, ECF No. 89, is **GRANTED**.
2. The Court's August 2, 2010, Preliminary Order of Forfeiture is final as to the Defendant and as to any and all other persons or entities; and the assets are hereby forfeited to the United States.
3. The forfeited assets shall be disposed of in accordance with law.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to file this Order, provide copies to counsel, and **close the file**.

**DATED** this 23rd day of January, 2014.

    s/Robert H. Whaley
    ROBERT H. WHALEY
    United States District Judge

**Order Granting Motion for Order Declaring the Preliminary Order of Forfeiture Final ~ 2**